No. 855, Misc. LEIBOWITZ *v.* LaVALLEE, WARDEN. C. A. 2d Cir. Certiorari denied. *Joseph Aronstein* for petitioner. *Louis J. Lefkowitz,* Attorney General of New York, *Paxton Blair,* Solicitor General, and *Anthony J. Lokot,* Assistant Attorney General, for respondent.

No. 859, Misc. BAXTER *v.* AUSTIN, JUDGE, ET AL. C. A. 7th Cir. Certiorari denied.

No. 860, Misc. WYATT *v.* SOUTH CAROLINA ET AL. Supreme Court of South Carolina. Certiorari denied.

No. 861, Misc. HAYES *v.* MacDOUGALL, CORRECTIONS DIRECTOR. C. A. 4th Cir. Certiorari denied.

No. 864, Misc. GASKEY *v.* IOWA. Supreme Court of Iowa. Certiorari denied.

No. 866, Misc. BITTLES *v.* BITTLES. Supreme Judicial Court of Maine. Certiorari denied.

No. 867, Misc. WHITE *v.* BETO, CORRECTIONS DIREC-TOR. C. A. 5th Cir. Certiorari denied.

No. 868, Misc. MAGEE ET AL. *v.* CALIFORNIA; and
No. 872, Misc. CASTILLO *v.* CALIFORNIA. District Court of Appeal of California, First Appellate District. Certiorari denied. *Edward T. Mancuso* for petitioners in No. 868, Misc. *Salvatore C. J. Fusco* for petitioner in No. 872, Misc.

No. 870, Misc. KNIGHT *v.* NEW YORK. Court of Appeals of New York. Certiorari denied.